IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MILLER, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | No. 13-4014 |
| v. | : | |
| | : | |
| WARDEN, SCI PINE GROVE, et al., | : | |
| | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this _21st___ day of July, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge David R. Strawbridge and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**.

3. There is no basis for the issuance of a certificate of appealability.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

1